160 So.2d 227

**Grady Glynn SAULTERS**

**v.**

**Sam SKLAR et al.**

**No. 47048.**

Feb. 14, 1964.

In re: Grady Glynn Saulters applying *for certiorari or writ of review to the Court* of Appeal, Second Circuit, Parish of Claiborne. 158 So.2d 460.

Writ refused. On the facts found by the Court of Appeal the result is correct.

160 So.2d 227

**Eula B. ROTHE**

**v.**

**Hugh Lee WHITE et al.**

**No. 47056.**

Feb. 14, 1964.

In re: Eula B. Rothe applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 158 So.2d 329.

Writ refused. On the facts found by the Court of Appeal the result is correct.